TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TINA M. SNELLINGS
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Tina.Snellings@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22:26-cr-00031-JAD-EJY |
| Plaintiff, | **GOVERNMENT'S MOTION TO DISMISS COMPLAINT (ECF NO. 1)** |
| v. | |
| RONALD ERIC KANDELL, aka "Eric Ronald Kandell," | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government requests leave of the Court, and moves to dismiss without prejudice the Complaint, ECF No. 1, against Defendant.

DATED this 18th day of March 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General of the United States

 /s/ Tina Snellings
TINA SNELLINGS
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

RONALD ERIC KANDELL,
      aka "Eric Ronald Kandell,"

      Defendant.

Case No. 2:26-cr-00031-JAD-EJY

**ORDER**

    Based on the motion of the Government, leave of Court is granted and the Complaint, ECF No. 1, is dismissed.

    DATED this _____ day of March 2026.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2